IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 25–34– GF–BMM-1 |
| Plaintiff, | |
| vs. | **ORDER** |
| KRISTIN LOUISE MITCHELL, *a/k/a Kristin Louis Short*, | |
| Defendant. | |

IT IS HEREBY ORDERED that the Final Pretrial Conference is RESET for Monday, July 7, 2025, at 8:30 a.m. before the undersigned. The Jury Trial is RESET for Monday, July 7, 2025, at 9:00 a.m. Trial briefs and jury instructions are due to the Court on or before June 30, 2025. All other provisions of this Court's Scheduling Order, (Doc. 50) remains in full force and effect.

DATED this 5th day of June 2025.

_____
Brian Morris, Chief District Judge
United States District Courts