CLARK MATHEWS
Assistant Federal Defender
Federal Defenders of Montana
Great Falls Office
104 2nd Street South, Suite 301
Great Falls, MT 59401
clark_mathews@fd.org
Phone: (406) 727-5328
Fax: (406) 727-4329
    Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KRISTIN LOUISE MITCHELL,<br><br>Defendant. | Case No. CR 25-34-GF-BMM<br><br>**DEFENDANT'S NOTICE OF INTENT TO PROCEED TO TRIAL** |

     NOTICE IS HEREBY GIVEN that Defendant, Kristin Louise Mitchell, by and through her Counsel of record, Clark Mathews, Assistant Federal Defender, and the Federal Defenders of Montana, in compliance with this Court's Order of June 11, 2025, (Doc. 77), hereby notifies the Court that she intends to exercise her right to jury trial pursuant to the Sixth Amendment to the United States Constitution.

RESPECTFULLY SUBMITTED this 24th day of June 2025.

/s/ Clark Mathews

# CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that on June 24, 2025, a copy of the foregoing document was served on the following persons by the following means:

```
 1, 2   CM-ECF
_____   Hand Delivery
   3    Mail
_____   Overnight Delivery Service
_____   Fax
_____   E-Mail
```

1. CLERK, UNITED STATES DISTRICT COURT

2. PAULETTE L. STEWART
   JEFFREY K. STARNES
   Assistant United States Attorney
   United States Attorney's Office
         Counsel for the United States of America

3. KRISTIN LOUISE MITCHELL
         Defendant

/s/ Clark Mathews

2