IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KRISTIN LOUISE MITCHELL,<br><br>Defendant. | CR 25-34-GF-BMM<br><br><br>VERDICT |

1. We, the Jury, in the above-entitled matter, unanimously find the defendant, Kristin Louise Mitchell,

\_\_\_\_\_ Not Guilty

\_\_✓\_\_ Guilty

of the offense of Attempted Harboring of Illegal Aliens as charged in Count 1 of the Indictment.

**If you find the defendant not guilty as to Count 1, do not answer Question 1a. If you find the defendant guilty as to Count 1, please answer Question 1a.**

1a. Having found the defendant Kristin Louise Mitchell guilty of the offense charged in Count 1, We, the Jury, further unanimously find that the defendant, Kristin Louise Mitchell, attempted to harbor the following illegal alien(s):

(i)   Carlos Alexis Ponce-Lopez          X

(ii)  Porfirio Alexander Suarez          X

(iii) Kledyber Gabriel Diaz-Rivas        X

DATED this 09 day of July, 2025.

Foreperson signature redacted.  Original document filed under seal.

FOREPERSON